**BLANK ROME LLP**
*A Pennsylvania LLP*
JONATHAN M. KORN
New Jersey Resident Partner
MICHAEL R. DARBEE
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel: (609) 750-7700
Jonathan.Korn@BlankRome.com
Michael.Darbee@BlankRome.com
*Attorneys for Plaintiff*

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKEFORCE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> CYBER SAFETY, INC., and ADVANCED CYBER SECURITY CORP., <br><br> Defendants. | Civil Action No.: 2:21-cv-19460 <br><br> *(Electronically Filed)* <br><br> **CONSENT ORDER** |

THIS MATTER having been opened to the Court on application of Jonathan M. Korn, Esq. of Blank Rome LLP, as counsel for Plaintiff Strikeforce Technologies Inc. ("Plaintiff") and Angelo R. Bisceglie, Jr., Esq. of Bisceglie & Associates, P.C., as counsel for Defendants Cyber Safety, Inc. and Advanced Cyber Security Corp. ("Defendants"), and the parties having agreed to the following Consent Order; and for good cause shown:

WHEREAS, StrikeForce Technologies, Inc. ("SFT") and Advanced Cyber Security Corp. and Cyber Safety, Inc., (collectively, "ACS") (SFT and ACS shall be collectively referred to as the "Parties") entered into Asset Purchase and Licensing Agreement, as amended (the "APLA") and the Distributor and Reseller Agreement, as amended (the "DRA") dated August 24, 2015

pursuant to which ACS was granted a license to certain proprietary software and other materials, including the right to resell certain StrikeForce Products (as defined in the DRA);

WHEREAS, SFT has exercised its audit rights under the DRA and has engaged Marcum, LLP ("Marcum"), as an independent audit firm to conduct an audit of the current year and the immediately prior calendar year of applicable ACS records associated with the Licensed StrikeForce Products (as defined in the DRA) to confirm ACS's payment of the License Fees and Payment as specified in paragraph 3.2 of the DRA and the Percentage Payment (as defined in paragraph 3.1.3.4 of the APLA) ("Purpose") and otherwise verify ACS's compliance with the terms of these agreements;

WHEREAS, ACS will provide records responsive to SFT's audit request relating to ACS' compliance with the APLA and DRA, including the payment of the License Fees and the Percentage Payment ("Confidential Material");

WHEREAS, ACS may designate certain Confidential Material containing confidential customer information as Auditors'/Attorneys' Eyes Only Information ("Auditors'/Attorneys' Eyes Only");

WHEREAS, the Parties recognize the purpose of the audit is to confirm compliance with the terms of the DRA and APLA; and

WHEREAS, the Audit conducted by Marcum shall be governed by the Confidentialty Order entered in the litigation between the Parties and ACS shall have the ability to designate certain documents as Auditors'/Attorneys' Eyes Only in order to protect customer and vendor information:

It is on this 8th day of February 2022 ("Effective Date") **ORDERED** as follows:

1. **Marcum Audit.** ACS shall provide records to Marcum to confirm compliance with

the terms of the DRA and APLA, which shall include but not be limited to the following:

1.1 List of all ACS products that are bundled or otherwise distributed with the StrikeForce Products or products developed from or otherwise referencing the Licensed StrikeForce Products, including but not limited to EndPointLock and the Malware Suite.

1.2 Detailed revenue report for each product sold by ACS, including amount received, invoice date, product sold, and quantity for the period 1/1/20 to the present.

1.3 All invoices issued to customers for the StrikeForce Products and all ACS products that are bundled or otherwise distributed with the StrikeForce Products from 1/1/20 to the present.

1.4 All invoices and payment information for any expenses/costs/commissions that were deducted by ACS, including payments to SFT and/or its officers or employees, in order to calculate the Net Amount Received (as defined in paragraph 3.1.3.4 of the APLA).

1.5 All ACS's calculations of the Percentage Payment (as defined in paragraph 3.1.3.4 of the APLA) amounts due StrikeForce.

1.6 ACS's income statement(s) showing all of ACS's revenue and expenses for the period 1/1/20 to 12/31/20 and from 1/1/21 to the present, including but not limited to revenue and expenses for the StrikeForce Products and all ACS products that are bundled or otherwise distributed with the StrikeForce Products.

1.7 Detailed revenue report for all ACS's sales including customer name, invoice date, invoice amount, product descriptions, and quantity for the period 1/1/20 to the present.

1.8 All bank statements for the period 1/1/20 to the present.

2. **Obligation of Confidentiality**. The Marcum Audit shall be conducted pursuant to the Confidentiality Order entered into between the Parties, a copy of which is attached hereto as Exhibit A. Marcum, LLP, shall be a representative of SFT under the Protective Order and Marcum will sign a Declaration in the form attached to the Protective Order as Exhibit 1.

3. **Enforcement**. This Court shall have continuing jurisdiction to enforce this Consent Order and compliance with the Confidentiality Order.

4. **Dismissal.** Plaintiff's complaint is hereby dismissed without prejudice and Plaintiff shall have to right to reinstate the litigation depending upon the results of the Marcum Audit. If the litigation is reinstated, Defendants shall have the right to re-file their motion to dismiss and to change venue.

---

Jonathan M. Korn, Esq.
New Jersey Resident Partner
**BLANK ROME LLP**
*A Pennsylvania LLP*
MICHAEL R. DARBEE
300 Carnegie Center, Suite 220
Princeton, NJ 08540
*Attorneys for Plaintiff*

Dated: January 26, 2022

Benjamin B. Petrofsky, Esq.
**THE PETROFSKY LAW GROUP, PLLC**
129 Birch Hill Road
Locust Valley, New York 11560
(516) 231-6626
benjamin@plgoffice.com
Attorneys for Defendants

Date: January 25, 2022

Angelo R. Bisceglie, Jr., Esq.
**BISCEGLIE & ASSOCIATES, P.C.**
1527 Franklin Avenue, Suite 301
Mineola, New York 11501
Attorneys for Defendants

Dated: 1/25, 2022

IT IS SO ORDERED.

                                                s/ Stanley R. Chesler

                                       **HONORABLE STANLEY R. CHESLER**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: __2/8_____, 2022

121172.00128/126592927v.8